UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMIAL MOORE,

                     Plaintiff,

-against-

N.Y.P.D. D.O.T., *et al.*,

                     Defendants.

20-CV-0073 (CM)

CIVIL JUDGMENT

Pursuant to the order issued February 20, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed prisoner authorization or pay the $400.00 in relevant fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 20, 2020
          New York, New York

                                                     COLLEEN McMAHON
                                                   Chief United States District Judge